**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**BON NGUYEN** — **CIVIL ACTION**

**VERSUS**

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL.** — **NO. 26-00276-BAJ-EWD**

**ORDER**

Considering Plaintiff's **Joint Motion to Dismiss (Doc. 19)**, which is signed by Counsel for all Parties,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the above-captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE AS MOOT.**

Final judgment shall issue separately.

Baton Rouge, Louisiana, this 19th day of November, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**